UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY McCORVEY, | ) | 1:05-CV-1530 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING MOTION TO |
| | ) | PROCEED IN FORMA PAUPERIS |
| v. | ) | [Docs. #2] |
| | ) | |
| SUPERIOR COURT OF CALIFORNIA, | ) | ORDER DISMISSING MOTIONS TO |
| | ) | SUBSTITUTE COUNSEL |
| Respondent. | ) | [Docs. #4,5] |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 1, 2005, Petitioner filed an application to proceed in forma pauperis and a certified copy of his prison trust account. Examination of these documents reveals that Petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED. See 28 U.S.C. § 1915.

On December 13, 2005, Petitioner filed a motion to act as counsel in pro per and a motion for substitution of counsel. These motions are state court form motions which are inappropriately brought in this federal habeas action. To the extent that Petitioner seeks to represent himself, he is advised that he already has pro per status. Accordingly, the motions are hereby DISMISSED.

IT IS SO ORDERED.

**Dated:   January 5, 2006**           /s/ Lawrence J. O'Neill
23ehd0                           UNITED STATES MAGISTRATE JUDGE