UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY McCORVEY, | ) | 1:05-CV-1530 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #8] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| SUPERIOR COURT OF CALIFORNIA, | ) | [Doc. #1] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 5, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED without prejudice for failure to exhaust state remedies. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On January 20, 2006, Petitioner filed objections to the Findings and Recommendation.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections. The court does note that from the objections it appears that Plaintiff believes this action is proceeding in the Fresno County Superior Court. Plaintiff is informed that this action has been filed in the United States District Court for the Eastern District of California. As explained by the Magistrate Judge, Plaintiff must pursue his remedies with the California courts, including the Fresno County Superior Court, before filing an action in this court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued January 5, 2006, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED without prejudice; and

3. The Clerk of Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:   March 23, 2006**            **/s/ Anthony W. Ishii**
0m8i78                            UNITED STATES DISTRICT JUDGE